AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Guam

United States of America
v.
MIN SUN CHA aka SUMMER CHA

Case No.    MJ 18-00127

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MIN SUN CHA aka SUMMER CHA
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

International Parental Kidnapping, in violation of Title 18, United States Code, Section 1204

Date:    10/22/2018

*Issuing officer's signature*

City and state:    Hagatna, Guam

JOAQUIN VE MANIBUSAN, JR, US Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/20/2026 , and the person was arrested on *(date)* 4/20/2026 at *(city and state)* _____ . |
| Date: 4/21/2026 |

*Arresting officer's signature*

Remy Walsh, FBI Special Agent
*Printed name and title*

COPY

2018 OCT 22 PM 10: 57
U.S. MARSHALS-GUAM
RECEIVED